**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01021-LTB

RONALD JENNINGS FOGLE,

    Plaintiff,

v.

RACHEL INFANTE, in her individual and official capacities as case manager for CCCF,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    "Plaintiff's Motion to Have Marshal's Serve Summons and Complaint" (ECF No. 12) filed May 15, 2014, is DENIED as moot because the instant action was dismissed by order filed May 14, 2014.

Dated:  July 3, 2014